No. 70–5045.  LINDSEY ET AL. v. NORMET ET AL.  D. C. Ore.  [Probable jurisdiction noted, 402 U. S. 941.]  Motions of Legal Services of Greater Miami, Inc., New Hampshire Legal Assistance, Memphis & Shelby County Legal Services Assn., Inc., June Brooks, Vermont Legal Aid, Inc., Western Center on Law & Poverty, Legal Aid Society of Louisville, Legal Aid Bureau, Inc., Community Action for Legal Services, Inc., et al., and Allen County Legal Aid Society et al. for leave to file briefs as *amici curiae,* granted.  THE CHIEF JUSTICE and MR. JUSTICE MARSHALL would deny these motions.

No. 70–239.  KAZUBOWSKI ET AL. v. DOLAR, AKA KAZUBOWSKI, ET AL.; and

No. 70–321.  KAZUBOWSKI v. RAY, SHERIFF, ET AL.  Motions for leave to file petitions for writs of certiorari and other relief denied.

No. 70–5257.  JACKSON v. PERINI, CORRECTIONAL SUPERINTENDENT; and

No. 70–5338.  DAUGHERTY v. CRAVEN, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 70–5115.  CARTER v. UNITED STATES COURT OF CLAIMS;

No. 70–5196.  WATSON v. GOODWIN, U. S. DISTRICT JUDGE; and

No. 71–90.  KAZUBOWSKI ET AL. v. ALLOY, CHIEF JUSTICE, APPELLATE COURT OF ILLINOIS.  Motions for leave to file petitions for writs of mandamus denied.

No. 70–5366.  TATUM v. STECKLER, CHIEF JUDGE, U. S. DISTRICT COURT; and

No. 71–5003.  THERIAULT v. MISSISSIPPI.  Motions for leave to file petitions for writs of mandamus denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of these motions.